UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAMS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ROMARM S.A.,<br><br>　　　　　　Defendant. | No. 19-cv-183 (EGS) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Reconsideration, ECF No. 22, is **DENIED**; and it is further

**ORDERED** that Defendant's Motion for Sanctions Pursuant to Rule 11 and 28 U.S.C. § 1927, ECF No. 27, is **GRANTED.**

In addition to the $1,000 penalty this Court previously imposed, *see* April 1, 2020 Order, ECF No. 20; Attorney Daniel Wemhoff shall (1) pay $5,000 to the Clerk of Court within 30 days of this Order, and (2) pay to Defendant the full cost of defending this action, which shall include reasonable attorneys' fees and costs for all work completed since the filing of Plaintiffs' motion for reconsideration on April 28, 2020, within 60 days of this Order. Within ten days of this Order, Defendant shall submit to the Court a summary of the reasonable expenses

that they incurred in defending this action since April 28, 2020; and it is further

**ORDERED** that Plaintiffs' First Motion for Sanctions, ECF No. 34, is **DENIED**; and it is further

**ORDERED** that Defendant's Motion to Strike Plaintiffs' First Motion for Sanctions, ECF No. 37, is **DENIED**; and it is further

**ORDERED** that Plaintiffs are **ENJOINED** from filing in any United States District Court any new civil action against Romarm or any defendant, based on the same operative facts, without first seeking leave to file such a complaint. Before filing such a complaint or other initiating document, Plaintiffs must file with that court a document titled "Application Pursuant to Court Order Seeking Leave to File," that: (i) certifies under penalty of contempt that the claims presented are new claims never before raised and disposed of on the merits or on jurisdictional grounds by any court; (ii) describes the allegations of the complaint; and (iii) attaches a copy of this injunction.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**January 14, 2021**